## MARTIN v. WILLIAMS et al.

'Where several terms have elapsed since the suggestion of plaintiff's death, and the making of an order authorizing the revival of the action in the name of her heirs, without any appearance by them or any one authorized to represent the succession, the court will, on motion, order a dismissal to be entered at the next term, unless an appearance be entered before that time.

APPEAL from the District Court of Claiborne, *King*, J. No counsel appeared for the appellants. *Peets* and *Hertzog*, for the defendants. The judgment of the court was pronounced by

SLIDELL, J. The transcript in this cause was filed in 1843. In 1845, the death of the appellant was suggested, and an order made authorizing the suit to be revived in the name of *Lucinda Martin's* heirs. Since that period no appearance has been made by her heirs, or any one authorized to represent the succession of *Mrs. Martin*, or the persons for whom she sued as tutrix in this suit; nor, at the calling of the cause, has any counsel for the appellants appeared.

The appellees at the present term, have presented a notice for the dismissal of the appeal. The omission during so long a time to make an appearance and prosecute the appeal, justifies the application of the appellees; and it is therefore, considered that, unless, at or before the opening of this court at its next term, due appearance be entered by the lawful representative of the deceased *Lucinda Martin*, or by some person duly authorized to prosecute the said appeal, the said appeal will, on the first day of the next Alexandria term, be dismissed.